# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL A. WALKER & ANGELA L. WALKER  Case Number: 05-71607
2212 ROSE AVENUE  SSN-xxx-xx-4458 & xxx-xx-1349
ROCKFORD, IL  61102

Case filed on: 4/5/2005
Plan Confirmed on: 9/6/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,200.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAUL A. WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WASHINGTON MUTUAL BANK NA | 8,173.51 | 8,173.51 | 5,837.77 | 0.00 |
|  | Total Secured | 8,173.51 | 8,173.51 | 5,837.77 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 562.94 | 562.94 | 14.37 | 0.00 |
| 005 | CHAPEL SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 1,186.29 | 1,186.29 | 30.26 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FINGERHUT CREDIT ADVANTAGE | 206.27 | 206.27 | 5.26 | 0.00 |
| 013 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS STATE TOLLWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 22,542.49 | 22,542.49 | 575.08 | 0.00 |
| 016 | NICOR GAS | 758.19 | 758.19 | 19.34 | 0.00 |
| 017 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,401.49 | 1,401.49 | 35.75 | 0.00 |
| 019 | DELLA CROCE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD CARDIOLOGY ASSOCIATES | 58.00 | 58.00 | 1.48 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 4,516.65 | 4,516.65 | 115.22 | 0.00 |
| 023 | ROCK RIVER WATER RECLAMATION | 215.35 | 215.35 | 5.49 | 0.00 |
| 024 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SHOP AT HOME NETWORK | 119.96 | 119.96 | 3.06 | 0.00 |
| 026 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CREDIT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | UNIQUE NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WINDHAM PROFESSIONALS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ILLINOIS STUDENT ASSISTANCE COMM | 2,441.19 | 2,441.19 | 62.28 | 0.00 |
| 034 | JEFFERSON CAPITAL SYSTEMS, LLC | 626.77 | 626.77 | 15.99 | 0.00 |
|  | Total Unsecured | 34,635.59 | 34,635.59 | 883.58 | 0.00 |
|  | Grand Total: | 45,673.10 | 45,673.10 | 9,585.35 | 0.00 |

Total Paid Claimant:     $9,585.35
Trustee Allowance:       $614.65
Percent Paid Unsecured:  2.55

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan